# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

DATE: September 12, 2018

**U.S. Magistrate Judge Camille Vélez Rivé**

AUSA Jonathan Gottfried

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br>v.<br><br>José Rivera (1)<br>Omar Enrique (2)<br>Ernesto González (3)<br>José Cabrera (4)<br><br>Defendant(s) | Return of Indictment by the Grand Jury<br>Criminal No.18-579 (GAG) |

Indictment was filed in open court.

**Arraignment & Bail** is set for 9/13/2018 @ 9:00 AM to be held in courtroom #10 before U.S. Magistrate Judge Marcos E. López

Case is assigned to U.S. District Judge Gustavo A. Gelpí

**NEW CASE:**

( )   This Indictment supersedes Criminal Case No._____

( )   The Court granted the governments oral motion to unseal the Indictment.

( X )   Defendant(s) has appeared in Magistrate Case No. 18-1372 (M) This case having been merged, is hereby closed.

( )   Defendant(s) has/have not appeared in a Magistrate Case.

( )   Defendant(s) is/are to remain on same conditions of release. This case having been merged, is hereby closed.

( X )   Defendant(s) is under custody.   Marshal to produce defendant(s).

As to defendant(s) ____ warrant of arrest and/or writs to be issued.   Arraignment Hearing to be set upon arrest.

( )   Defendant(s) _____ Clerk to notify: ( ) Defendant   ( ) Sureties.

( )   Summons to be issued.   ( ) U. S. Marshal or agents are to serve summons.   ( ) Clerk to send summons by mail.

S/Cristina Dones-Taylor
Courtroom Deputy Clerk

Time in Court: 1 minute