IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>JOSE RIVERA<br>*Defendant* | CRIMINAL NO. 18-579 (GAG) |

## MOTION TO RESTRICT

TO THE HONORABLE GUSTAVO A. GELPI
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** the Defendant, Mr. Jose Rivera by and through his court appointed counsel the Federal Public Defender, states and prays as follows:

1. Mr. Jose Rivera respectfully requests leave to file a document under restricted access to **Selected Parties**. The undersigned asserts that the **Selected Parties** viewing restriction is necessary to maintain the privacy of certain information contained therein, and that this outweighs the presumption of public access to court documents.

2. In compliance with Standing Order No. 9 (Misc. No. 03-149 (ADC)), the present motion is being filed using the public viewing level.

3. Therefore, the undersigned requests leave to file the abovementioned motion to restrict access using the **Selected Parties** viewing restriction.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of this motion and that the same be granted.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of September, 2019.

**ERIC ALEXANDER VOS**
**Chief Defender**
**District of Puerto Rico**

*S/ Edwin A. Mora-Rolland*
EDWIN A. MORA-ROLLAND
Assistant Federal Public Defender
USDC-PR No. 304603
241 Franklin D. Roosevelt Avenue
San Juan, Puerto Rico 00918-2441
Tel. (787) 281-4922 / Fax. (787) 281-4899
Email: Edwin_Mora@fd.org